Opinion issued August 12, 2014



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————————

### NO. 01-14-00617-CR

————————————————

**LOUCHIS HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1337123**

---

## MEMORANDUM OPINION

Appellant, Louchis Harris, pleaded guilty to aggravated robbery and was sentenced to ten years' confinement. Harris filed a timely notice of appeal in trial court cause number 1337123 on February 26, 2013, and the appeal was assigned to this Court as appellate cause number 01-13-00184-CR. On October 22, 2013, we

issued an opinion affirming the trial court's judgment. *Harris v. State*, 416 S.W.3d 50 (Tex. App.—Houston [1st Dist.] 2013, no pet.). Our corrected mandate issued on July 16, 2014.

On June 27, 2014, Harris filed another notice of appeal in trial court cause number 1337123. The appeal was assigned to this Court and given appellate cause number 01-14-00617-CR.

Our judgment of October 22, 2013 is final. Pursuant to article 11.07 of the Texas Code of Criminal Procedure, exclusive post-conviction jurisdiction of the case has passed to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2013); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish. TEX. R. APP. P. 47.2(b).